IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff-Counterclaim Defendant/ Third Party Plaintiff, | ) ) ) ) |
| v. | ) ) |
| LITTLEFISH THINK TANK, INC. A/K/A LITTLEFISH THINK TANK, LLC, and TARA RAE HILL, | ) ) ) ) |
| Defendants/Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| THE McGRAW-HILL COMPANIES, INC., | ) ) |
| Third-Party Defendant. | ) |

C.A. No. 11-738 (RGA)

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Carolyn K. Foley and Alison B. Schary of DAVIS WRIGHT TREMAINE LLP, 1633 Broadway, 27th Floor, New York, NY 10019 to represent third-party defendant The McGraw-Hill Companies, Inc. in this matter.

                                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                      */s/ Jeremy A. Tigan*

                                                      _____
                                                      Jon E. Abramczyk (#2432)
                                                      Jeremy A. Tigan (#5239)
                                                      1201 North Market Street
                                                      P.O. Box 1347
                                                      Wilmington, DE  19899
                                                      (302) 658-9200
                                                      jabramczyk@mnat.com
                                                      jtigan@mnat.com
                                                        *Attorneys for The McGraw-Hill*
                                                        *Companies, Inc.*

April 5, 2012

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Carolyn K. Foley and Alison B. Schary is granted.

.Dated: _____  _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4/5/12

Carolyn K. Foley
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019
(212) 489-8230

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4/5/12

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY 10019
(212) 489-8230