IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) |
| Plaintiff-Counterclaim Defendant/ Third Party Plaintiff, | ) ) ) ) |
| v. | ) ) |
| LITTLEFISH THINK TANK, INC. A/K/A LITTLEFISH THINK TANK, LLC, and TARA RAE HILL, | ) ) ) ) C.A. No. 11-738 (RGA) |
| Defendants/Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| THE McGRAW-HILL COMPANIES, INC., | ) ) |
| Third-Party Defendant. | ) |

**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through the undersigned counsel, as follows:

The time for third-party defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill") to answer, move against, or otherwise respond to the Third-Party Complaint (D.I. 31) issued to McGraw-Hill by third-party plaintiff E.I. du Pont de Nemours and Company ("DuPont") is extended to April 17, 2012.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Thomas E. Hanson, Jr.* | */s/ Jeremy A. Tigan* |
| Thomas E. Hanson, Jr. (#4102) | Jon E. Abramczyk (#2432) |
| Kenneth L. Dorsney (#3726) | Jeremy A. Tigan (#5239) |
| Katherine J. Neikirk (#4129) | 1201 N. Market Street |
| 500 Delaware Avenue, Suite 1500 | P.O. Box 1347 |
| Wilmington, DE  19899-2306 | Wilmington, DE  19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| thanson@morrisjames.com | jabramczyk@mnat.com |
| kdorsney@morrisjames.com | jtigan@mnat.com |
| kneikirk@morrisjames.com | |
| *Attorneys for E.I. du Pont de Nemours and Company* | OF COUNSEL: |
| | Carolyn K. Foley |
| | Alison B. Schary |
| | DAVIS WRIGHT TREMAINE LLP |
| | 1633 Broadway, 27th Floor |
| | New York, NY  10019 |
| | (212) 489-8230 |
| | *Attorneys for The McGraw-Hill Companies, Inc.* |

April 9, 2012
5855370

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE