IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff/Counterclaim )<br>Defendant/Third Party Plaintiff, )<br>v. )<br>)<br>LITTLEFISH THINK TANK, INC. a/k/a )<br>LITTLEFISH THINK TANK, LLC and TARA )<br>RAE HILL, )<br>)<br>Defendants/Counterclaim )<br>Plaintiffs, )<br>v. )<br>)<br>THE McGRAW-HILL COMPANIES, INC., )<br>)<br>Third-Party Defendant. )<br>) | C.A. No. 11-738 (RGA) |

## 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant The McGraw-Hill Companies, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jon E. Abramczyk (#2432)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jabramczyk@mnat.com
jtigan@mnat.com
   *Attorneys for Third-Party Defendant*
   *The McGraw-Hill Companies, Inc.*

OF COUNSEL:

Carolyn K. Foley
Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, NY  10019
(212) 489-8230

April 17, 2012

5870444