IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff/Counterclaim Defendant/Third-Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No. 11-738 RGA |
| LITTLEFISH THINK TANK, INC., a/k/a LITTLEFISH THINK TANK, LLC and TARA RAE HILL, | ) ) ) ) | |
| Defendants/Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE McGRAW-HILL COMPANIES, INC., | ) ) ) | |
| Third-Party Defendant. | ) ) | |

## STIPULATION AND PROPOSED ORDER TO STAY LITIGATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, and subject to approval of the Court, that all deadlines in the Scheduling Order (D.I. 20) are stayed pending the outcome of mediation on July 10, 2012 (D.I. 25). The parties will contact the Court if mediation does not resolve this matter in order to obtain a conference date for purposes of revising the case schedule.

4724287/

| | |
|---|---|
| MORRIS JAMES LLP | SCHNADER, HARRISON, SEGAL & LEWIS LLP |
| /s/ Thomas E. Hanson, Jr.<br>Thomas E. Hanson, Jr. (#4102)<br>Kenneth L. Dorsney (#3726)<br>Katherine J. Neikirk (#4129)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>thanson@morrisjames.com<br>kdorsney@morrisjames.com<br>kneikirk@morrisjames.com<br><br>*Attorneys for Plaintiff*<br>*E. I. du Pont de Nemours and Company* | /s/ Richard Alan Barkasy<br>Richard Alan Barkasy (#4683)<br>824 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 888-4554<br>rbarkasy@shnader.com<br><br>*Attorneys for Defendants*<br>*LittleFISH Think Tank, Inc. a/k/a*<br>*LittleFISH Think Tank, LLC*<br>*and Tara Rae Hill*<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Jon E. Abramczyk<br>Jon E. Abramczyk (#2432)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 351-9211<br>jabramczyk@mnat.com<br><br>*Attorneys for Third Party Defendant*<br>*The McGraw-Hill Companies Inc.* |

**SO ORDERED** this 29th day of May, 2012.

_____
United States District Court Judge